■ SCOTT GEBO, Appellant, v BLACK CLAWSON COMPANY et al., Respondents. BLACK CLAWSON COMPANY et al., Third-Party

Plaintiffs, v KNOWLTON SPECIALTY PAPERS, INC., Third-Party Defendant-Respondent. (Appeal No. 1.) [667 NYS2d 961] —Appeal unanimously dismissed without costs (see, Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988; see also, Chase Manhattan Bank v Roberts & Roberts, 63 AD2d 566, 567; CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Callahan and Boehm, JJ.